UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE RAMIREZ, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, et al.<br><br>    Defendants. | Case No. EDCV 10-00483 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Countrywide Home Loans, Inc. (erroneously sued as "Bank of America") and ReconTrust Company, N.A. (erroneously sued as "ReconTrust Corporation") is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 4, 2010

                                                              VIRGINIA A. PHILLIPS<br>
                                                              United States District Judge