UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE RAMIREZ, AN INDIVIDUAL<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, et al.<br><br>    Defendants. | Case No. EDCV 10-00483 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against CMG Mortgage, Inc. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 10, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge